# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARTEZ MCNABB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00067 |
| ) | Judge Trauger |
| JEFF LONG, Sheriff, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On July 26, 2018, the magistrate judge issued a Report and Recommendation (DE #10), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice for failure to prosecute and to obey court orders. Any appeal from this dismissal will not be certified as taken in good faith.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 16th day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge